UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cv-00330

**Kristeen Brooke Adams,**
*Plaintiff,*
v.
**Social Security Administration et al.,**
*Defendants.*

# O R D E R

Plaintiff brought this action against multiple defendants seeking relief for alleged *Bivens* and Administrative Procedure Act violations. Doc. 1. The case was referred to a magistrate judge, who issued a report recommending that the complaint be dismissed without prejudice for failure to prosecute. Doc. 6 at 1. Plaintiff did not file written objections.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Plaintiff's case is dismissed without prejudice for failure to prosecute. Any pending motions are denied as moot.

*So ordered by the court on December 4, 2025.*

J. Campbell Barker
United States District Judge